# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUANE DECASTRO,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 84256

**FILED**

MAR 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); *Sheriff v. Gillock*, 112 Nev. 213, 912 P.2d 274 (1996) (only the State may appeal from a district court order granting in part and denying in part a pretrial petition for a writ of habeas corpus). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. James Todd Russell, District Judge
Duane Decastro
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk
Justin K. Champagne

SUPREME COURT
OF
NEVADA

(O) 1947A